1  AARON D. FORD
     Attorney General
2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-4070 (phone)
   (702) 486-3773 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| OWEN FOX, | Case No. 2:22-cv-01263-CDS-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| CHARLES DANIELS, et al., *et al.*, | |
| Defendants. | |

   Plaintiff, Owen Fox, and Defendants, Charles Daniels, Jennifer Nash, and Oswaldo Reyes, and William Hutchings, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court may close this case. Any outstanding deadlines are considered moot.

DATED this 4th day of April, 2023.

DATED this 4th day of April, 2023.

AARON D. FORD
Attorney General

By: *Owen Fox*
Owen Fox, #1207429
Plaintiff, Pro Se

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 7, 2023